# United States District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

*Nathan M. Graves*  *314-244-7900*
*Clerk of Court*

April 23, 2024.

David Lettieri
Niagara County Jail
5526 Niagara St Ext
Lockport, NY 14095

RE:   Lettieri v. Olivette Products
      4:24-CV-00479-NCC

Dear Sir or Madam:

    This matter has been assigned to a United States Magistrate Judge pursuant to Local Rule 2.08. Pursuant to the local rules, each party is required to notify the Court in writing, on the form provided, whether they consent to such assignment or opt to have the case reassigned to a district judge of the Court. **The local rule requires that these forms are to be submitted to the Court not later than twenty-one days after the appearance of each party.**

    A review of our records indicates that you entered an appearance in this matter on 3/28/2024. Your Consent/Option form was due to be submitted not later than 04/18/2024. If you have not already done so, please submit your executed form **within ten working days of this letter, which is 05/07/2024,** so that this matter may proceed.

Sincerely,

*Nathan M. Graves            /*
Clerk of Court


By:   /s/ Tiffani Tillman    /
      TIFFANI TILLMAN
      Deputy Clerk

Enclosure(s)