David Lettieri
Niagara County Jail
5526 Niagara St Ext
Lockport, NY 14095

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID LETTIERI, <br><br> Plaintiff(s), <br><br> v. <br><br> OLIVETTE PRODUCTS, <br><br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:24-CV-00479-NCC <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Pursuant to full consent to jurisdiction by a Magistrate Judge not being received,

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Noelle C. Collins to District Judge Matthew T. Schelp.

June 25, 2024
Date

*Nathan M. Graves* /
Clerk of Court

By: /s/ Tiffani Tillman /
TIFFANI TILLMAN
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:24-CV-00479-MTS**

```
MIME-Version:1.0
From:Moed_AutoSend@moed.uscourts.gov
To:MOED_ECF_Notification@moed.uscourts.gov
-Case Participants: Magistrate Judge Noelle C. Collins (genevieve_bales@moed.u
scourts.gov, moed_ncc_notifications@moed.uscourts.gov), District Judge Matthew T
. Schelp (matthew_schelp@moed.uscourts.gov, moed_mts_notifications@moed.uscourts
.gov, susan_reynolds@moed.uscourts.gov)
-Non Case Participants:
-No Notice Sent:

Message-Id:<10925287@moed.uscourts.gov>
Subject:Activity in Case 4:24-cv-00479-MTS Lettieri v. Olivette Products Clerk's
 Reassignment Order
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States polic
y permits attorneys of record and parties in a case (including pro se litigants)
 to receive one free electronic copy of all documents filed electronically, if r
eceipt is required by law or directed by the filer. PACER access fees apply to a
ll other users.  To avoid later charges, download a copy of each document during
 this first viewing. However, if the referenced document is a transcript, the fr
ee copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Missouri

Notice of Electronic Filing

The following transaction was entered  on 6/25/2024 10:30 AM CDT and filed on 6/25/2024

Case Name: Lettieri v. Olivette Products

Case Number: 4:24-cv-00479-MTS https://ecf.moed.uscourts.gov/cgi-bin/DktRpt.pl?2
10893

Filer:


Document Number: 9


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.moed.uscourts.gov/doc1/107111568911?caseid=210893&de_seq_num=40&magi
c_num=MAGIC


Docket Text:
REASSIGNMENT ORDER (NMG).  Magistrate
Judge Noelle C. Collins no longer assigned to case.   Case reassigned to
District Judge Matthew T. Schelp for all further proceedings.    (TMT)



4:24-cv-00479-MTS Notice has been electronically mailed to:


4:24-cv-00479-MTS Notice has been delivered by other means to:
David Lettieri
Niagara County Jail
5526 Niagara St Ext
 Lockport,  NY 14095



The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1037221849 [Date=6/25/2024] [FileNumber=10925286-0]
 [07307e137f174a69681432cfe1449030cc65f15b434b0556c398f1541888441f7407050985c3d41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

OFFICIAL BUSINESS

RECEIVED
JUL 15 2024
BY MAIL

BUFFALO NY 140
2 JUL 2024 PM

Special Mail
USDC - Eastern Missouri

quadient
FIRST-CLASS MAIL
IMI
$000.64
06/25/2024 ZIP 63102
043M31226064
US POSTAGE

RETURN TO SENDER
NIXIE      146    7E 1              2207/09/24
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 63102112599       *0113-08497-02-46