US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Lettieri v. Olivette Products

**USCA#:**

**Case Number:** 4:24-CV-00479-MTS

**Plaintiff:** DAVID LETTIERI

**Defendant:** OLIVETTE PRODUCTS

**Attorney:**
David Lettieri
16091-509
LEWISBURG USP
US Penitentiary
P.O. Box 1000
Lewisburg, PA 17837
Email:
PRO SE

**Attorney:** None

**Court Reporter(s):** None

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Jason Dockery at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None paid | DENIED | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: Yes    Where: USP Lewisberg

**Please list all other defendants in this case if there were multiple defendants:**