RECEIVED
JAN 14 2025
BY MAIL

Federal Court of the Eastern District of Missouri
St. Louis Division

---

David C. Lettieri
    plaintiff

    -against-                                          24-cv-479

Olivette Products
    Defendant                                    Reopen/change of address

---

The plaintiff moves to reopen case 24-cv-479 on the facts that the western district of new york had vacated all judgments for failure to pay. See in re lettieri, 2024 u.s. dist. lexis 127955. Thus the cases now become a non-strike mnatter in which shows a miscarrage of justice.
   "Fed. R. Civ. P. 60 permits additional grounds for relief from a judgment. For example a movant may seek relief from a final judgment based on mistake, inadvertence, surpise, or excusable neglect; newly discovered evidence that, with reasonable discovered in time to move for a new trial under fed. r. civ. p. 59(B); Fraud: issues with the judgment itself; or other reasons that may justify relief," Cheatwood v Baptist health, 2024 U.S. app lexis 2912.
   Since the "insurance" towards the judgment is defective the case warrants reopen under federal rule of civl procedures 60. The plaintiff has no "strikes" since all the cases had turned into failure to pay then an immunity defense or failure to state a claim. Thus now becomes a miscarrage of justice.
       The plaintiff also gives notice of change of address to P.O. Box 879, Ayer MA 01432.


¢Thank You,


Under the pentaly of perjury,


_David C. Lettieri_
P.O. Box 879
Ayer, Ma 01432

David Lethen
FMC Devens
PO Box 879
Ayer MA 01432

Court of clerks
111 South tenth street suite 3300
St Louis MO 63102-1116