UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID LETTIERI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00479-MTS |
| ) | |
| OLIVETTE PRODUCTS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reopen Case, Doc. [27], is **DENIED**. *See In re Design Classics, Inc.*, 788 F.2d 1384, 1386 (8th Cir. 1986) ("Relief under Rule 60(b) is an extraordinary remedy."); *Arnold v. Wood*, 238 F.3d 992, 998 (8th Cir. 2001) (movant under Rule 60(b) must show exceptional circumstances to justify relief); *see also Webb v. United States*, 724 F. App'x 182, 183 (3d Cir. 2018) ("A district court may deny relief under Rule 60(b) if reopening the case would be futile."); *LaFleur v. Teen Help*, 342 F.3d 1145, 1154 (10th Cir. 2003) (same).

Dated this 15th day of January 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE