RECEIVED
MAR 13 2025
BY MAIL

Federal court of the eastern District of Missouri
St. Louis Division

David C. Lettieri
  Plaintiff

  -against-                                    24-cv-479

Olivette Products
  Defendant                       request

The plaintiff is requesting a Docket sheet of case number 24-cv-674.

Thank you,

Under the penalty of perjury,

/s/

David C. Lettieri

David Leffler 1604504
MCI Shirlens
P.O. Box 879
Ayer MA 01432

**RECEIVED**

MAR 13 2025

**BY MAIL**

Court of clerks
111 S. Tenth street
St. Louis, MI 63102



63102-112599



DATE: _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO:
DEVENS FEDERAL MEDICAL CENTER
P.O. BOX 880
AYER, MA. 01432

RECEIVED MAR 07 2025 By _____